```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11843
    KAMLA HODGES RONAN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-9393


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/03/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
EMC MORTGAGE CORPORATION CURRENT MORTG        .00            .00            .00
EMC MORTGAGE CORPORATION MORTGAGE ARRE        .00            .00            .00
AMERICREDIT FINANCIAL SE UNSECURED        11043.44           .00            .00
ARROW SERVICES           UNSECURED        NOT FILED         .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED        NOT FILED         .00            .00
COLLECT AMERICA LTD      UNSECURED        NOT FILED         .00            .00
COURTYARD ON THE PARK CO UNSECURED        NOT FILED         .00            .00
FEMALE HEALTH CARE ASSOC UNSECURED        NOT FILED         .00            .00
FIRST PREMEIR            UNSECURED        NOT FILED         .00            .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED         .00            .00
JHR ADJUSTMENT CO        UNSECURED        NOT FILED         .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED        NOT FILED         .00            .00
MEDICAL PAYMENT DATA     UNSECURED        NOT FILED         .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED        NOT FILED         .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED        NOT FILED         .00            .00
MRS ASSOCIATES           UNSECURED        NOT FILED         .00            .00
MRSI                     UNSECURED        NOT FILED         .00            .00
DEPT OF EDUCATION        UNSECURED        NOT FILED         .00            .00
MICHAEL HOARD            DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------        ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11843 KAMLA HODGES RONAN
```

```
TOTALS                                          .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
 Dated: 10/16/07                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```